# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**898**

**CA 15-00861**

PRESENT: CENTRA, J.P., PERADOTTO, DEJOSEPH, NEMOYER, AND CURRAN, JJ.

---

IN THE MATTER OF THE APPLICATION FOR DISCHARGE
OF ALFREDO MARQUEZ, CONSECUTIVE NO. 132615, FROM
CENTRAL NEW YORK PSYCHIATRIC CENTER PURSUANT TO
MENTAL HYGIENE LAW SECTION 10.09,
PETITIONER-APPELLANT,

V                                                              ORDER

STATE OF NEW YORK, NEW YORK STATE OFFICE OF
MENTAL HEALTH AND NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION,
RESPONDENTS-RESPONDENTS.

---

EMMETT J. CREAHAN, DIRECTOR, MENTAL HYGIENE LEGAL SERVICE, UTICA
(PATRICK T. CHAMBERLAIN OF COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATHLEEN M. ARNOLD OF
COUNSEL), FOR RESPONDENTS-RESPONDENTS.

-----------------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Oneida County (Joseph
E. Fahey, A.J.), entered April 15, 2015 in a proceeding pursuant to
Mental Hygiene Law article 10.  The order, inter alia, directed the
continued confinement of petitioner to a secure treatment facility.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  November 10, 2016                    Frances E. Cafarell
                                               Clerk of the Court